**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CODY WOLVERTON** **PLAINTIFF**

**v.** **No. 3:26-cv-238-DPM**

**SOLERA ENERGY, LLC**
**and REGIONS BANK** **DEFENDANTS**

# ORDER

I am, and have long been, a Regions Bank customer. I don't believe my customer relationship would cause my impartiality in this case to be questioned. 28 U.S.C. § 455(a). But I wanted to put my connection with Regions of record. If any party wishes to raise a recusal issue, please file a motion by 11 September 2026. I will gladly reconsider.

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

26 April 2026